United States Bankruptcy Court
Central District of California

In re:  
Chris S Pagdilao  
    Debtor

Case No. 14-18336-WB  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: wkaaumoan | Page 1 of 1 | Date Rcvd: Jul 09, 2014 |
|---|---|---|---|
| | Form ID: pdf042 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2014.
db          +Chris S Pagdilao,   2413 E Gloria St,    West Covina, CA 91792-2149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2014 at the address(es) listed below:
        Leslie M Klott    on behalf of Creditor    Ocwen Loan Servicing, LLC bankruptcy@zievelaw.com, lklott@zievelaw.com
        Nancy K Curry (TR)    ecfnc@trustee13.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                      TOTAL: 3

**FILED & ENTERED**

**JUL 09 2014**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CHRIS S PAGDILAO<br><br><br><br>Debtor(s). | Case No.: 2:14-bk-18336-WB<br><br>CHAPTER 13<br><br>**ORDER DISMISSING CASE WITH BAR TO REFILING**<br><br>Date: June 25, 2014<br>Time: 1:30 p.m.<br>Place: Courtroom # 1375<br>255 East Temple Street<br>Los Angeles, CA 90012 |

This court's Order to Show Cause why the court should not dismiss the debtor's case with a complete bar to refiling under 11 USC Section 349 for abuse of the bankruptcy system related to the debtor's nine (9) prior dismissed bankruptcy cases. Debtor has filed no response and has not satisfied the court's concern. Further, On June 11, 2014, the Chapter 13 Trustee filed the Trustee's Declaration that Debtor failed to appear for examination.

//

//

//

-1-

1    IT IS HEREBY ORDERED that this chapter 13 case is dismissed with a § 349 bar to
2 refiling.

###

Date: July 9, 2014

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

-2-